UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK LINDSAY WILSON,<br><br>    Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Appellee. | Case No. 15-cv-02028-VC<br><br>**ORDER SETTING DATE FOR ORAL ARGUMENT** |

    The parties are directed to file supplemental briefs, not to exceed 5 pages, on the question whether the appellant exhausted his administrative remedies. The government's supplemental brief is due January 28, 2016. The appellant's supplemental brief is due February 4, 2016.

    Oral argument will be heard in this appeal on February 18, 2016, at 10 am.

    **IT IS SO ORDERED.**

Dated: January 21, 2016

VINCE CHHABRIA
United States District Judge